NMDCO VIDEO 05.27.2013