# New Mexico Corrections Department
## GOOD TIME FIGURING SHEET

1/31/2015   9:37 AM



| Name | SAIZ, JOSHUA BO | | | NMCD # 75078 | DOB 11/10/1976 |
|---|---|---|---|---|---|

Aggregate Projected Release Date   00/00/0000   Aggregate Full Time Release Date   05/10/2016

| Journal Date | Adjusted Days | Adjusted Type | Reason | Rule Applied | Approved By | Entered By | Discharge Date | |
|---|---|---|---|---|---|---|---|---|
| Case # : D-1116-CR-2011-00019 | | | | | | | | |
| 12/31/2012 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | parik365 | 2015/09/10 | OCT/NOV/DEC 2012 |
| 03/31/2013 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | parik365 | 2015/06/12 | JAN/FEB/MAR 2013 |
| 06/30/2013 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | rodrc029 | 2015/03/14 | APR/MAY/JUN 2013 |
| 07/24/2013 | | ARRIVED | PNM NORTH FACILITY | | | | | |
| 07/24/2013 | | ARRIVED | TO PNM | | | | | |
| 08/23/2013 | -34 | OTHER ADJUSTMENT | UN-AWARDED GOODTIME | | rodrc029 | rodrc029 | 2015/04/17 | MAY JUN 2013 PHD/DISC SEG |
| 08/23/2013 | 90 | OTHER ADJUSTMENT | LUMP SUM ADJUSTMENT | | rodrc029 | rodrc029 | 2015/01/17 | GED NOT PREVIOUSLY POSTED |
| 09/30/2013 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | rodrc029 | 2014/10/19 | JUL/AUG/SEP 2013 |
| 10/01/2013 | -90 | OTHER ADJUSTMENT | UN-AWARDED GOODTIME | | cca00408 | rodrc029 | 2015/01/17 | JULY/AUG/SEPT 2013 DISC SEG |
| 10/21/2013 | -167 | GOOD TIME FORFEITED | MAJOR LEVEL REPORT | | rodrc029 | rodrc029 | 2015/07/03 | S-13-05-36  DOI 05/27/2013 |
| 10/22/2013 | 22 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | rodrc029 | 2015/06/11 | OCTOBER 2013 |
| 12/31/2013 | 68 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | rodrc029 | 2015/04/04 | OCT/NOV/DEC 2013 |
| 01/01/2014 | -90 | OTHER ADJUSTMENT | UN-AWARDED GOODTIME | | rodrc029 | rodrc029 | 2015/07/03 | OCT NOV DEC 2013 DISC SEG |
| 01/01/2014 | 167 | GOOD TIME RESTORED | SUCCESSFUL APPEAL | | cahij100 | cahij100 | 2015/01/17 | RPT S-13-05-36 |
| 01/01/2014 | 34 | OTHER ADJUSTMENT | OTHER GT ADJUSTMENT | | cahij100 | cahij100 | 2014/12/14 | AWARD(MAY 4. JUN30)13 |
| 01/01/2014 | 90 | OTHER ADJUSTMENT | OTHER GT ADJUSTMENT | | cahij100 | cahij100 | 2014/09/15 | AWARD(JUL, AUG, SEP)13 |
| 01/01/2014 | 90 | OTHER ADJUSTMENT | OTHER GT ADJUSTMENT | | cahij100 | cahij100 | 2014/06/17 | AWARD (OCT NOV DEC)14 |
| 01/31/2014 | 30 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2014/05/18 | JANUARY 2014 |
| 02/28/2014 | 30 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2014/04/18 | FEBRUARY 2014 |
| 03/01/2014 | 0 | OTHER ADJUSTMENT | OTHER GT ADJUSTMENT | | cahij100 | cahij100 | 2014/04/07 | Proj. & Discharge Date Adj |
| 03/19/2014 | 19 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2014/03/19 | MARCH 2014 |
| 03/19/2014 | 731 | IN HOUSE PAROLE | | | | cahij100 | 2016/03/19 | |
| 03/31/2014 | 11 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2016/03/08 | JAN/FEB/MAR 2014 |
| 06/30/2014 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2015/12/09 | APR/MAY/JUN 2014 |
| 08/14/2014 | | ARRIVED | TO SOUTHERN NMCF | | | | | |
| 08/14/2014 | | ARRIVED | SOUTHERN MAIN FAC | | | | | |
| 09/30/2014 | | ARRIVED | REG I FARMINGTON DO1 | | | | | |
| 09/30/2014 | | | PAROLE | | | | | |
| 09/30/2014 | 90 | GOOD TIME AWARD | EMD30 | 1999 LAW EMD | autogtm | cahij100 | 2015/09/10 | JUL/AUG/SEP 2014 |



PLAINTIFF'S EXHIBIT 6-A

| Good Time Summary: | Awarded 862 | Un-Awarded -214 | Forfeited -167 | Restored 167 | Good Time Balance 648 |
|---|---|---|---|---|---|

54

Form CD-143004.1

# NEW MEXICO CORRECTIONS DEPARTMENT
## UMT Review for Release from Level V or VI

| INMATE NAME | NMCD# | HU | DATE |
|---|---|---|---|
| Joshua Saiz | 75078 | HU1B G-107 | 06/20/14 |

**Unit Management Team Review and Recommendation:**

| PURPOSE OF REVIEW | APPROVE | DENY | EVALUATIONS ROD |
|---|---|---|---|
| ☐ Level V Release | ☐ | ☐ | NO |
| ☐ Level VI – annual review | ☐ | ☐ | YES* |
| ☐ Level VI – Step 3 completion | ☐ | ☐ | YES* |
| ☒ Level VI Release recommendation (discretion of UMT) | ☒ | ☐ | YES* |

* Classification 143004.2; Housing Unit Sergeant 143004.3

The following is the basis for the above recommendation:
Inmate Joshua Saiz #75078 has been granted his appeal and is to be released from Level VI to General Population.

Signature of Unit Manager  Title: Unit Manager
Signature of UMT Member    Title: Classification Officer
Signature of UMT Member    Title: Lt
Signature of UMT Member    Title: SGT

**Warden's Review and Recommendation:**

| PURPOSE OF REVIEW | APPROVE | DENY | FORWARD TO |
|---|---|---|---|
| ☐ Level V Release | ☐ | ☐ | Classification Bureau Chief |
| ☐ Level VI – annual review; UMT discretionary recommendation for release; Step 3 review | ☐ | ☐ | Director of Adult Prisons: if **UMT** recommends release* |

*Recommendations for retention may be appealed to the Director of Adult Prisons
Comments: _____

Warden's Signature _____ Date _____

**Central Office Review and Determination:** ☐ Approve Referral  ☐ Deny Referral

Comments: _____

Deputy Director of Adult Prisons (Level VI Release)/Classification Bureau Chief (Level V Release)    Date



PLAINTIFF'S EXHIBIT 6-B

69

Form CD-143004.2

# NEW MEXICO
# CORRECTIONS DEPARTMENT
## CLASSIFICATION: Level VI Release Investigation

Joshua Saiz                                                         75078
Inmate Name                                                         NMCD#

PLEASE COMPLETE THE FOLLOWING:

1. Location History:

| Date | Location | Date | Location |
|---|---|---|---|
| 07/24/13 | PNM North Facility | 03/06/09 | Region I Farmington- D011B |
| 08/10/12 | PNM South Facility | 02/11/09 | Pending ISC Transfer |
| 06/21/12 | Southern Main Correctional Facility | 09/20/04 | Region II Unit C |
| 05/10/12 | Central Main Correctional Facility | | |

2. Drug Reports

| Date | Basis for Report (dirty UA; possession; paraphernalia; etc.) |
|---|---|
| N/A | |

3. Enemies

| NMCD# | Name | NMCD# | Name |
|---|---|---|---|
| 69950 | Musacco, Beau James | | |

4. Confidential Information

None

The above inmate is being recommended for:

☒ Release from Level VI
☐ Retain in Level VI

FORM COMPLETED BY: Print Name: _SGT Calhoun_

Signature: [signed]                                     Date: 6/20/14

70

Form CD-143004.3

# NEW MEXICO
# CORRECTIONS DEPARTMENT
## HOUSING SERGEANT: Level VI Release Investigation

Joshua Saiz _____  75078 _____
Inmate Name                                     NMCD#

PLEASE COMPLETE THE FOLLOWING:

1. Behavior Log Review:

   Date        Behavior
   N/A

2. Other Relevant Information:

   N/A

The above inmate is being recommended for:

☒ Release from Level VI
☐ Retain in Level VI

FORM COMPLETED BY: Print Name _____

Signature _____    Date 6/23/14

71

# Individual Threat Assessment

# Joshua Saiz
# 75078



Prepared By: STIU Investigator Chris Cupit

**Interviewer:** STIU Investigator Chris Cupit Chris.Cupit@state.nm.us

**History:**

On May 10, 2012, Inmate Joshua Saiz NMCD 75078 arrived at CNMCF RDC intake with a 5.5 Year sentence for Escape from Jail, Larceny of Stolen Property Value >250 <2500, Residential Burglary, and Resisting/Evading an Officer. Joshua Saiz is a suspected member of the Security Threat Group California Surenos.

Saiz has the fallowing major misconduct reports while serving time in the New Mexico Department of Corrections:

May 27, 2014-Advocating or Creating Facility Disturbance
May 27, 2014-Engaging in Security Threat Group
May 27, 2014-Striking or Attempting to Strike another Inmate

In August of 2012 STIU staff conducted an investigation due to the increase of violent activities of the California Sureno Disruptive Group in a general population setting around the state. The Corrections Department administration determined that an investigation would be conducted on members of the California Surenos as a group, and an individual threat assessment is compiled on each member. NMCD administration transferred members of this Disruptive Group to the PNM South facility as an Interim Level-VI status pending the outcome of the STIU investigation.

During the course of the investigation into the California Sureno Disruptive Group, STIU discovered thru interviews, searches and confidential informants that the California Surenos have developed an organizational structure with a hierarchy (Mesa, Table), with a constitution and by-laws, STIU has also validated several hit list's that have been distributed to Surenos in all NMCD facilities system wide. This information into the structure of the Surenos have been verified by California Gang Intelligence Investigators as being the same organizational structure used by the Mexican Mafia security threat group to organize the Surenos Disruptive Group in California for criminal activity.

74

### Interview:

On June 23, 2014 an interview was conducted with Joshua Saiz NMCD 75078. The interview was in regards to possible release from PNM Level-VI. The interview took place at the Penitentiary of New Mexico Level-VI, HU-1 SGT's office.

During the course of the interview with inmate Saiz he was asked a series of questions as to why he was housed at PNM Level-VI. He responded with "He was placed level-VI because we (STIU) thinks that he was involved in an assault on Beau Mussaco". Saiz states that "he was never involved in anything and that he was watching ESPN when all that happened".

When asked if he feels that he is in good standing with the California Sureno? Saiz states "That he is in good standing with the group and will always be in good standing with the group". When asked if he would ever have any issues with the other California Sureno at SNMCF?. He states "That he would have no issue with any of the California Surenos because that is where he is from, he also states that he will always be good with his brothers".

During the course of the interview Joshua Saiz self admits to be a California Sureno, as well as associating himself with all Sureno in NMCD to include New Mexico Sureno. Saiz states that he comes from a neighborhood in southern California called "VARRIO FALLBROOK". Saiz states that he is also validated as a California Sureno in the state of California. He states that the Surenos are considered a STG in the California Department of Corrections.

### Recommendation:

STIU Recommends that this inmate Joshua Saiz NMCD 75078 be released to a lower custody setting, there is no evidence to support inmate Joshua Saiz NMCD 75078 would become the victim of physical assault or would assault anyone else, and is a suitable candidate for release.