# NEW MEXICO
# CORRECTIONS DEPARTMENT
## Level V/VI Hearing Decision

| NAME<br>Saiz, Joshua | NMCD#<br>75078 | HOUSING UNIT<br>HU1B G-107 |
|---|---|---|

**REASON FOR HEARING:**    Interim ☐    Initial ☐    Annual ☐     Special ☒

**Reason(s) for initial placement in Level V / VI**

| | | |
|---|---|---|
| | B.1 | Voluntary Inmate Protection (Inmate must complete **Request for Voluntary Placement** Form CD-143001.1) |
| X | 1.a | Inmate poses a threat to the security of the institution as defined by Policy 143000. |
| | 1.b | Major disciplinary reports or pattern of minor disciplinary reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property |
| | 1.c | STG involvement or organized activity as defined by Policy CD-143001. Must meet one criteria relating to membership or association (143001 List d.1) and one criteria relating to behavior (143001 List d.2) |
| | B.2 | Involuntary Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he/she remains in general population. |
| | | Other (specify) |

**Summary of Evidence**

On February 13, 2014, Inmate Joshua Saiz #75078 was placed on Interim Level VI. The basis for this placement is due to his participation in the group assault of Inmate Beau Musacco #69950, a Suspected STG California Sureño, at PNM Level IV. On May 27, 2013, Correctional Officer Barger witnessed Inmate Musacco being punched and kicked by the other ten (10) inmates in L-Pod, all Suspected STG California Sureño Members. Inmate Joshua Saiz #75078 was one of the inmates involved in the assault. After control of the pod was gained, it was discovered that, in addition to the wounds sustained from being punched and kicked, Inmate Musacco sustained injuries consistent with being stabbed. Inmate Musacco required hospitalization and suffered from a collapsed lung that required emergency surgery. Inmate Saiz was subsequently found guilty of misconduct reports for Assault or Battery with a Weapon, Engaging in a Riot and Engaging in Security Threat Group Activity.

**Decision:**

**INTERIM and INITIAL:** Refer to Level V / VI   No ☐ Yes ☐      **ANNUAL:** Retain in VI ☐ Refer as specified below ☒

**Justification:**

Was advised that Inmate Joshua Saiz #75078 has been granted his appeal of Level VI Status and is to be released from Level VI to General Population per DDAP Anthony Romero.

For **INITIAL** Inmate was read verbatim the appeals process and received an appeal form

| | Date: 6/23/14 |
|---|---|
| Committee Chairperson/Unit Manager | Date |

| Date of Hearing:<br>6/23/14 | Time of Hearing:<br>10:35am | Location of Hearing:<br>PNM Level VI 6HU Dining |
|---|---|---|
| Members Present: | Members Present: | Members Present:<br>Sgt E. Urtiaga |

**Administrative Review:**

✓ AFFIRM     MODIFY     REVISE

**Comments:**

| S/ | Date 6/23/14 |
|---|---|
| Warden/designee | |

| S/ | Date 6-23-14 |
|---|---|
| Inmate Signature (acknowledgment of receipt) | |



PLAINTIFF'S EXHIBIT
6-C

Original – Classification File    Copy – Classification Officer    Copy – Inmate

77

Form CD-143001.3

# NEW MEXICO CORRECTIONS DEPARTMENT
## Notice for Level V or Level VI Hearing

| NAME Saiz, Joshua | NMCD# 75078 | HOUSING UNIT HU1B G-107 |
|---|---|---|

**REASON FOR HEARING:**  Interim ☐    Initial ☐    Annual ☐    Special ☒

**SUMMARY:** (Basis for Lockdown; factual report including who, what, when, where, why. Use additional sheets if necessary).

On February 13, 2014, Inmate Joshua Saiz #75078 was placed on Interim Level VI. The basis for this placement is due to his participation in the group assault of Inmate Beau Musacco #69950, a Suspected STG California Sureño, at PNM Level IV. On May 27, 2013, Correctional Officer Barger witnessed Inmate Musacco being punched and kicked by the other ten (10) inmates in L-Pod, all Suspected STG California Sureño Members. Inmate Joshua Saiz #75078 was one of the inmates involved in the assault. After control of the pod was gained, it was discovered that, in addition to the wounds sustained from being punched and kicked, Inmate Musacco sustained injuries consistent with being stabbed. Inmate Musacco required hospitalization and suffered from a collapsed lung that required emergency surgery. Inmate Saiz was subsequently found guilty of misconduct reports for Assault or Battery with a Weapon, Engaging in a Riot and Engaging in Security Threat Group Activity.

I certify that the above statements are true and correct to the best of my knowledge

S/ _____    Date 6/19/14
Initiating Employee

---

**HEARING SCHEDULE:**

Case referred for classification hearing on: ___6/25/14_____ (date)

**SERVING EMPLOYEE:**

You are hereby served this copy on _20_ day of _June_____ , 20_/4_ , at _702_ (am)(pm)

S/ _____    Date 6/20/14
Classification Officer

**INMATE ACKNOWLEDGEMENT:**
At the hearing, I will be given notification of right to appeal
I acknowledge receipt of a copy of the Notice for Level V or Level VI Hearing
I hereby waive the 48 hour notice { _____ }
                                    (Initials)

S/ _____    Date 6·20·14
Inmate Signature

Xc:    Inmate Classification File
        Inmate

78